# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148646 & (15)(16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 148646
COA: 319245
Wayne CC: 10-004256-FH;
10-005872-FH

TROY ELTON HAYNES,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 16, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions for remand and appointment of counsel are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

p0721